Form ncont341

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Norma Rogers
Debtor

Case No.: 4:04−bk−22318
Chapter: 7
Judge: Audrey R. Evans
Trustee: Richard L. Ramsay

## NOTICE OF MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 1/11/05, 09:30 AM at the following location:

U.S. Trustee's Office, Bank of America Building, 200 W. Capitol, 12th Floor − Rm 1210, Little Rock, AR 72201

FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 12/14/04

Jean Elizabeth Rolfs, Clerk

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0860-4          User: ashley              Page 1 of 1              Date Rcvd: Dec 14, 2004
Case: 04-22318                Form ID: ncont341         Total Served: 12

The following entities were served by first class mail on Dec 16, 2004.
db         +Norma Rogers,   2213 E. Maryland,   Sherwood, AR 72120-3181
aty        +Chris Foster,   PRAY LAW FIRM, P.A.,   P.O. Box 94224,   North Little Rock, AR 72190-4224
tr          Richard L. Ramsay,   U.S. Bankruptcy Trustee,   124 West Capitol, Suite 1400,   P. O. Box 70,
              Little Rock, AR  72203-0070
ust        +U.S. Trustee (ust),   Office of U.S. Trustee,   200 W. Capitol, Ste. 1200,
              Little Rock, AR 72201-3605
2841087     Bank One,   PO Box 8650,   Wilmington, DE 19899-8650
2841088     Citibank,   PO Box 6406,   The Lakes, NV 88901-6406
2841089     Dillard National Bank,   PO Box 29442,   Phoenix, AZ 85038-9442
2841091     Ford Motor Credit,   PO Box 830339,   Birmingham, AL 35283-0339
2841092    +Household Retail Services,   c/o LDG Financia Services, LLC,   4553 Winters Chapel Rd,
              Atlanta, GA 30360-2705
2841093    +JCPenney,   PO Box 981131,   El Paso, TX 79998-1131
2841094     MMCohn,   PO Box 3317,   Little Rock, AR 72203-3317

The following entities were served by electronic transmission on Dec 15, 2004 and receipt of the transmission
was confirmed on:
2841090     E-mail: mrdiscen@discoverfinancial.com Dec 15 2004 00:31:05      Discover,   PO Box 30395,
              Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2004**                    **Signature:** *Joseph Speetjens*