IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:     NORMA ROGERS                     CASE NO. 4:04-bk-22318-E
                     Debtor                                             CHAPTER 7

**<u>ORDER</u>**

On December 27, 2004, the Debtor, Norma Rogers, filed a Motion to Waive Attendance at Section 341 Meeting. And the Court being advised that the United States Trustee has no objection to the Motion, the Court finds that the 341(a) meeting will be completed by the Debtor in the form of interrogatories. Further

All parties have twenty (20) days from the entry of this Order to propound interrogatories they may have of the Debtor. The Debtor is directed to answer any interrogatories within thirty (30) days after the expiration of the above twenty (20) day notice period sent to the creditors. Failure of the Debtor to meet the above-stated conditions may result in the dismissal of this case. And it is further

ORDERED that the attorney for the Debtor will submit to the United States Trustee at his address at 200 West Capitol, Suite 1200, Little Rock, AR 72201 the completed Affidavit Regarding Debtor Identification - Debtor's Appearance Waived form attached hereto within fifteen (15) days of the entry of this Order.

IT IS SO ORDERED.

*/s/ Audrey R. Evans*
_____
UNITED STATES BANKRUPTCY JUDGE

EOD 12/29/2004 by Nicole Jason

Date: December 29, 2004

cc:     Chris Foster, Attorney at Law, P.O. Box 94224, North Little Rock, AR 72190
        Norma Rogers, 2213 E. Maryland, Sherwood, AR 72120
        Richard L. Ramsay, Trustee, P.O. Box 70, Little Rock, AR 72203
        United States Trustee

# AFFIDAVIT REGARDING DEBTOR IDENTIFICATION - DEBTOR'S APPEARANCE WAIVED

DEBTOR: _____  CASE NO: _____

**INSTRUCTIONS:** This form is to be completed either by the debtor or the debtor's attorney. If the debtor completes this form, it must be notarized. If the debtor's attorney completes this form, notarization is not required. Upon completion, this form, with attachments, must be returned to the Office of United States Trustee, 500 South Broadway, Suite 201, Little Rock, AR 72201.

I declare that I am the debtor/debtor's attorney for the above-named debtor(s) *(circle one)* whose appearance at the § 341(a) meeting has been waived. I have examined the debtor's original documents **(copies of which are attached),** verifying the accuracy of the debtor's identity and social security number.

*Check the documents examined, one from each column, and attach copies of same to this affidavit:*

| **PHOTO IDENTIFICATION** | **PROOF OF SOCIAL SECURITY NUMBER** |
|---|---|
| _____ Valid driver's license | _____ Social Security Card |
| _____ State Picture ID | _____ Social Security Administration Statement |
| _____ Student ID | _____ W-2 Form |
| _____ U.S. Passport | _____ Recent Payroll Earnings Statement |
| _____ Military ID | _____ Employer's Health Card OR Medical Insurance Card |
| _____ Resident Alien Card | _____ IRS Form 1099 |
| _____ Other | _____ Other |

I personally compared the name and social security number on the above original documents with the information on the bankruptcy petition.

[_____]  The name and social security number match the name and social security number on the petition.

[_____]  The name and/or social security number do **NOT** match the name and social security number on the petition. Provide the name and/or social security number appearing on the above original documents only if they do not match the petition *[NOTE: If the name and/or social security number do not match, an amended petition must be filed with the Court and notice provided to the United States Trustee, credit reporting agencies, and all creditors]*:

Name: _____
(Print or type)

Social Security Number: _____
(Print or type)

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that all of the above is true and correct.**

Executed this _____ day of _____ , _____ , in _____ , _____
(Day)          (Month)                    (Year)              (City)                 (State)

_____
Signature of Debtor/Debtor's Attorney

STATE OF ARKANSAS       )
                        ) ss.    **(REQUIRED IF DEBTOR COMPLETES FORM)**
COUNTY OF _____      )

On this day came before the undersigned, a Notary Public, _____, the debtor, and stated, under oath, that the foregoing was true and correct to the best of his knowledge, information and belief.

SUBSCRIBED AND SWORN to this _____ day of _____ , 2002.

_____
NOTARY PUBLIC

My Commission Expires: _____

TO BE COMPLETED BY U.S. TRUSTEE'S OFFICE STAFF

Photocopy sent to case trustee or standing trustee by (staff member) _____ on _____, 2002.

Other action to be completed by staff:_____