IN THE UNITED STATES OF BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: NORMA ROGERS            CASE NO. 4:04-22318
        DEBTOR                  CHAPTER 7

ANSWERS TO THE INTERROGATORIES PROPOUNDED TO DEBTOR,

Comes now the debtor, Norma Rogers, and for her answers to interrogatories states as follows:

INTERROGATORY NO. 1: Have you listed all of your assets on your bankruptcy schedules?
**ANSWER NO.1: YES**

INTERROGATORY NO. 2: Have you listed all of your debts?
**ANSWER NO. 2: YES**

INTERROGATORY NO. 3: Have you made any payments, other than in the ordinary course of business, to creditors in the ninety days preceding the filing of your bankruptcy?
**ANSWER NO. 3: NO**

INTERROGATORY NO. 4: Please list all such payments that total in excess of $600.00.
**ANSWER NO. 4: None**

INTERROGATORY NO. 5: Do you have any type of retirement account, savings account or individual retirement account?
**ANSWER NO. 5: NO**

INTERROGATORY NO. 6: Do you own any interest in real estate? If so, please describe your interest and the dollar value of it.
**ANSWER NO. 6: NO**

INTERROGATORY NO. 7: Do you have any reason to expect you will receive an inheritance in the next six months? If so, please state from whom?
**ANSWER NO. 7: NO**

INTERROGATORY NO. 8: Have you or any family member been involved in an automobile accident or any occurrence which would give rise to a claim for money damages from a third party. If so, please explain the circumstances concerning this potential claim.
**ANSWER NO. 8: NO**

INTERROGATORY NO. 9: Have you transferred any of your assets to anyone in the last two years?
**ANSWER NO. 9: NO**

INTERROGATORY NO. 10: Is anyone holding any of your property for you?
**ANSWER NO. 10:   NO**

INTERROGATORY NO. 11: Have you repaid any loans that you may have made from family members in the last year? If so, please itemize the payments during the last calendar year.
**ANSWER NO. 11:  NO**

INTERROGATORY NO. 12: (Directed to debtor's attorney) Do you know of any reason why this case should not be reported as a no-asset case?
**ANSWER NO. 12:  NO**

INTERROGATORY NO. 13: (Directed to debtor's attorney) Have you evidenced both photographic identification and evidence of the debtor's social security number in compliance with the requirements in the attached Memorandum from the Office of the United States Trustee and have you enclosed a photocopy of same?
**ANSWER NO. 13:  YES**


\s\ Norma Rogers                             March 30, 2005

 (Debtor)                                    Date

CERTIFICATE OF SERVICE

I, Chris Foster, hereby certify that I have served a copy of the foregoing pleading upon the debtor, U.S. Trustee, and Richard Ramsey, P.O. Box 70, Little Rock, AR 72203 upon the this ____30____ day of  March_____, 2005.

\s\ Chris Foster

Kent Pray
Chris Foster
Attorney at Law
P.O. Box 94224
N. Little Rock, AR 72190
(501)771-7733