Form B18 (Official Form 18)(12/03)

# United States Bankruptcy Court

Eastern District of Arkansas
Case No. **4:04–bk–22318**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Norma Rogers
   2213 E. Maryland
   Sherwood, AR 72120

Social Security No.:
   xxx–xx–7657

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 4/1/05

*Audrey R Evans*

United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (7/97)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are *not* discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

4/1/05

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0860-4           User: nicole              Page 1 of 1                Date Rcvd: Apr 01, 2005
Case: 04-22318                 Form ID: b18              Total Served: 14

The following entities were served by first class mail on Apr 03, 2005.
 db        +Norma Rogers,    2213 E. Maryland,    Sherwood, AR 72120-3181
 aty       +Chris Foster,    PRAY LAW FIRM, P.A.,    P.O. Box 94224,    North Little Rock, AR 72190-4224
 aty        Louis Whitaker Light,    NIXON & LIGHT,    400 W. Capitol, Ste. 2940,    Little Rock, AR  72201-3445
 tr         Richard L. Ramsay,    U.S. Bankruptcy Trustee,    124 West Capitol, Suite 1400,    P. O. Box 70,
              Little Rock, AR  72203-0070
 ust       +U.S. Trustee (ust),    Office of U.S. Trustee,    200 W. Capitol, Ste. 1200,
              Little Rock, AR 72201-3618
 cr        +Ford Motor Credit Company,    400 W. Capitol, Ste. 2940,    Little Rock, AR 72201-3445
2841088    Citibank,    PO Box 6406,    The Lakes, NV 88901-6406
2841089    Dillard National Bank,    PO Box 29442,    Phoenix, AZ 85038-9442
2841091    Ford Motor Credit,    PO Box 830339,    Birmingham, AL 35283-0339
2841092   +Household Retail Services,    c/o LDG Financia Services, LLC,    4553 Winters Chapel Rd,
              Atlanta, GA 30360-2705
2841093   +JCPenney,    PO Box 981131,    El Paso, TX 79998-1131
2841094    MMCohn,    PO Box 3317,    Little Rock, AR 72203-3317

The following entities were served by electronic transmission on Apr 02, 2005 and receipt of the transmission
was confirmed on:
2841087    EDI: FIRSTUSA.COM Apr 01 2005 23:46:00      Bank One,    PO Box 8650,    Wilmington, DE 19899-8650
2841088    EDI: CITICORP.COM Apr 01 2005 23:46:00      Citibank,    PO Box 6406,    The Lakes, NV 88901-6406
2841090    E-mail: mrdiscen@discoverfinancial.com Apr 02 2005 03:02:21     Discover,    PO Box 30395,
              Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 03, 2005**          **Signature:**  _Joseph Speetjens_